IN THE UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLLYBROOK APTS, LLC, ) | |
| ) | |
| Plaintiff ) | CASE NO. 1:22-CV-1250 |
| ) | |
| vs. ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE |
| WEST BEND MUTUAL INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties, pursuant to F.R.C.P. 41(a)(1)(A)(ii) hereby stipulate that this action may be and is herby dismissed with prejudice.

        MARK LIABO LAW FIRM, P.L.C.

By:   */s/ Mark E. Liabo*
      MARK E. LIABO     AT0004781
      1853 51ST Street NE, Suite 1
      Cedar Rapids, IA 52402
      Phone: (319) 826-3781
      Fax:    (319) 774-5638
      E-mail: Mark@liabolaw.com

ATTORNEY FOR PLAINTIFF

TRESSLER LLP

By:   */s/ Daniel J. Cunningham*
      DANIEL J. CUNNINGHAM   6206758
      233 S. Wacker Dr., 61st Floor
      Chicago, IL 60606
      Phone: (312) 627-4026
      Fax:    (312) 627-1717
      E-mail: dcunningham@tresslerllp.com

ATTORNEY FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of this filing electronically to all counsel of record.

        TRESSLER, LLP

        By: */s/ Daniel J. Cunningham*
            Attorney for Defendant
            West Bend Mutual Insurance Company

Daniel J. Cunningham
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
312-627-4000
dcunningham@tresslerllp.com